UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DAVID K. CHESTER, III,

              Petitioner,

  vs.

MAGGIE MILLER-STOUT,

             Respondent.

NO.  CV-08-379-CI

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION

Magistrate Judge Imbrogno filed a Report and Recommendation on March 30, 2009, recommending Mr. Chester's habeas corpus petition be dismissed as it plainly appeared Mr. Chester was not entitled to relief in the federal district court.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Petition is **DISMISSED WITH PREJUDICE** under Rule 4, Rules Governing Section 2254 Cases in the United States District Courts.

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Petitioner and close the file.

    **DATED** this____27th____day of April, 2009.

                         ***s/Lonny R. Suko***

                          LONNY R. SUKO
              UNITED STATES DISTRICT JUDGE