AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

David K. Chester, III

JUDGMENT IN A CIVIL CASE

v.

Maggie Miller-Stout

CASE NUMBER: CV-08-379-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED There being no objections, the court ADOPTS the Report and Recommendation. The Petition is DISMISSED WITH PREJUDICE under Rule 4, Rules Governing Section 2254 Cases in the United States District Courts.

| | |
|---|---|
| April 27, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |